# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HODGE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent.<br>_____/ | CV F   05-1205 AWI SMS HC<br><br>ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE CASE AS PETITION PURSUANT TO RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TRANSFERRING CASE TO DISTRICT COURT JUDGE WILLIAM B. SHUBB |

On September 23, 2005, Petitioner filed a petition pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. The petition was improperly opened as a petition pursuant to 28 U.S.C. § 2241. In the petition, Petitioner is seeking to challenge his sentence by way of a Rule 60(b)(6) petition in his underlying criminal case CR-91-116 WBS.[1] A review of the docket in the underlying criminal case indicates that it is assigned to the Honorable William B. Shubb in the Sacramento Division of this Court. Therefore, the case shall be transferred to Sacramento and assigned to the Honorable William B. Shubb.

Based on the foregoing, it is HEREBY ORDERED that:

1. The instant action shall be re-designated and filed as a petition filed pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure in CR-91-116 WBS;

2. The instant action shall be transferred to the Sacramento Division of this Court and assigned to the Honorable William B. Shubb; and

---

[1] On the face of the petition, Petitioner specifically references case number CR-91-116. (Court Doc. 1.)

1

3. The instant action shall be administratively closed.

IT IS SO ORDERED.

**Dated:     November 3, 2005**               **/s/ Sandra M. Snyder**
icido3                                                UNITED STATES MAGISTRATE JUDGE